**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00145-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC. & RT REALTY, L.P., Appellant**

**V.**

**MCGUIRE, CRADDOCK & STROTHER, P.C., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 00-8050-F**

## ORDER

The Court has before it appellant's May 10, 2013 unopposed motion to abate appeal. The Court **GRANTS** the motion and **ABATES** this appeal for forty five days. The Court **ORDERS** the parties to update the Court on the status of their settlement within forty five days of the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE